IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


BUDDY SMITH                                                                    PLAINTIFF


        v.                              CIVIL NO. 06-5210


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                              DEFENDANT

## J U D G M E N T

Now on this 4th day of December, 2007, comes on for consideration the Report and

Recommendation dated November 13, 2007, by the Honorable James R. Marschewski, United

States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without

objections being filed by the parties. The Court has reviewed this case, and being well and

sufficiently advised, finds that the Report and Recommendation is proper and should be adopted

in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms

the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

IT IS SO ORDERED.


                                        /s/Jimm Larry Hendren
                                        HON. JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE